# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3888

_____

| | | |
|---|---|---|
| Donald Joseph Bedard, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| State of Iowa; City of Urbandale; | * | |
| Urbandale Police Department; Iowa | * | [UNPUBLISHED] |
| Attorney General; Polk County | * | |
| Attorney; Polk County Executive, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  December 19, 2006
Filed:  December 27, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Donald Joseph Bedard appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having conducted de novo review of the record, see Wertish v. Krueger, 433 F.3d 1062, 1064 (8th Cir. 2006) (standard of

_____

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

review), we find the district court's analysis to be thorough and well reasoned, and we reject Bedard's arguments for reversal. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____